# United States Court of Appeals
## For The District of Columbia Circuit

No. 07-5351                              September Term, 2007

07cv01783

Filed On:

Trevor Placido Benjamin,
    Appellant

v.

United States of America,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  DEC 1 8 2007

CLERK

**O R D E R**

    It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's motion for leave to proceed on appeal in forma pauperis *filed on December 3, 2007.*

    The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ Elizabeth V. Scott
Elizabeth V. Scott
Deputy Clerk